UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DUPREE DEAN, JR., | No. 2:25-cv-0160 CKD P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY, et al., | |
| Defendants. | |

Plaintiff filed a motion for extension of time to file a completed affidavit in support of the request to proceed in forma pauperis and a certified copy of the inmate trust account statement. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 6) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file a completed affidavit in support of the request to proceed in forma pauperis and a certified copy of the inmate trust account statement for the six-month period immediately preceding the filing of the complaint. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: 02/19/25

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/ks/dean0160.36