UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DUPREE DEAN JR., | No. 2:25-cv-00160-DC-CKD (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| SACRAMENTO COUNTY, et al., | (Doc. No. 24) |
| Defendants. | |

Plaintiff Shaun Dupree Dean, Jr., a state prisoner proceeding *pro se* and *in forma pauperis* has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 9, 2025, the magistrate judge issued findings and recommendations recommending Plaintiff's first amended complaint be dismissed for failure to state a claim upon which relief can be granted. (Doc. No. 24.) The pending findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id*. at 2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on September 9, 2025 (Doc. No. 24) are ADOPTED in full;

2. Plaintiff's first amended complaint (Doc. No. 23) is DISMISSED for failure to state a claim upon which relief can be granted; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 25, 2025**

Dena Coggins
United States District Judge

2